UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SHANGHAI HOST CHEMICAL COMPANY, LTD., ) ) ) Plaintiff, ) ) v. ) ) SYNTRAX INNOVATIONS, INC., ) ) Defendant. ) | No. 1:06CV94 FRB |

**ORDER**

This matter is before the Court for examination pursuant to Rule 4(m), Federal Rules of Civil Procedure.

Plaintiff commenced this action on July 6, 2006, naming Syntrax Innovations, Inc., as the sole defendant in the cause. A review of the Court file shows that the defendant has not been served in this matter nor has service been waived on its behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiff, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the Complaint.

The Rule 4(m) period for service expires November 3, 2006, 120 days after the filing of plaintiff's Complaint.

Therefore,

- 1 -

**IT IS HEREBY ORDERED** that plaintiff shall cause service to be effected upon defendant Syntrax Innovations, Inc., not later than November 3, 2006. In the absence of good cause shown, failure to effect timely service shall result in the dismissal without prejudice of plaintiff's claims against this defendant.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _3rd_  day of October, 2006.