UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

SHANGHAI HOST CHEMICAL CO., LTD., )
)
        Plaintiff, )
)
  v. ) No. 1:06CV94 FRB
)
SYNTRAX INNOVATIONS, INC., )
)
        Defendant. )

## ORDER

Inasmuch as there is pending in the above cause a dispositive motion, and that the undersigned United States Magistrate Judge does not have consent from all parties in the cause pursuant to 28 U.S.C. § 636(c),

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the above cause to one of the District Judges of this court.

/s/ Frederick R. Buckles
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of December, 2006.