UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SHANGHAI HOST CHEMICAL CO., LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV94 RWS |
| ) | |
| SYNTRAX INNOVATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff Shanghai Host Chemical's Bill of Costs after a default judgment was granted in its favor. I will grant in part and deny in part the Bill of Costs.

Shanghai Host Chemical prevailed in this suit by receiving a judgment in its favor. The presumption under Fed. R. Civ. P. 54 (d) is that the prevailing party is entitled to costs. <u>Bathke v. Casey's General Stores, Inc.</u>, 64 F.3d 340, 347 (8th Cir. 1995). Under Title 28 U.S.C. § 1920 the Court may tax costs for, among other things, the following: (1) fees of the clerk and marshal; (2) fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case; (3) fees and disbursements for printing and witnesses; and (4) fees for exemplification and copies of papers necessarily obtained for use in the case.

As the prevailing party Shanghai Host Chemical is entitled to the award of its costs which qualify for reimbursement. In order to receive an award of costs, supporting documentation for each request must be filed with the bill of costs. <u>See</u> Bill of Costs form Special Note.

Shanghai Host Chemical seeks to have $891.50 taxed as costs. This amount includes $145.50 for the use of a special process server and $396.00 for various costs associated with the preparation of the summons. None of theses fees are recoverable as costs. See Crues v. KFC Corp., 768 F.2d 230, 234 (8th Cir. 1985). As a result, the only cost Shanghai Host Chemical is entitled to recover is the filing fee of $350.00.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Shanghai Host Chemical's Bill of Costs [#12] is granted in part and denied in part, and that the Clerk shall tax the sum of $350.00 against Defendant Syntrax.

                                                  RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2007.